UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA GREEN PARTY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HOLLI SULLIVAN, in her official )<br>capacity as Indiana Secretary of State, )<br>)<br>Defendant. ) | Case No. 1:22-cv-00518-JRS-DML |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Indiana Secretary of State Holli Sullivan, by counsel, respectfully asks the Court to dismiss Plaintiffs' complaint for declaratory and permanent injunctive relief under Rule 12(b)(6) of the Federal Rules of Civil Procedure and states the following in support:

1. Plaintiffs have challenged Indiana's petition requirements for minor political parties and independent candidates to qualify for a general election ballot and remain on the ballot in a future general election as unconstitutional under the First and Fourteenth Amendments to the United States Constitution.

2. Plaintiffs, however, fail to state a claim upon which relief can be granted because Indiana's requirements for minor political parties and independent candidates to file a petition of nomination signed by the number of voters equal to two percent of the total vote cast at the last election for secretary of state, and to obtain more than two percent of the vote for secretary of state to retain ballot access for the next general election, are constitutional as a matter of law. *See, e.g., Hall v. Simcox*, 766 F.2d 1171 (7th

Cir. 1985); *Jenness v. Fortson*, 403 U.S. 431 (1971); *American Party of Texas v. White*, 415 U.S. 767 (1974).

3. Because the challenged ballot access requirements are constitutional as a matter of law under both the First and Fourteenth Amendments, the Court should dismiss Plaintiffs' complaint.

4. Defendant is contemporaneously filing a brief in support of this motion as required by Local Rule 7-1(b)(1).

WHEREFORE, the Indiana Secretary of State, in her official capacity, respectfully requests the Court dismiss the Plaintiffs' complaint and grant all other just and proper relief.

          Respectfully submitted,

          THEODORE E. ROKITA
          INDIANA ATTORNEY GENERAL

By:    */s/ Courtney L. Abshire*
      Courtney L. Abshire
      Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-7019
Fax: (317) 232-7979
Email: Courtney.Abshire@atg.in.gov