Acknowledged.
JRS, DJ, 6/8/22

Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA GREEN PARTY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:22-cv-00518-JRS-DML |
| ) | |
| v. ) | Judge: James R. Sweeney II |
| ) | |
| HOLLI SULLIVAN, in her official capacity ) | Magistrate Judge: Debra |
| as Indiana Secretary of State, ) | McVicker Lynch |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF FILING

PLEASE TAKE NOTICE THAT Plaintiffs Indiana Green Party, Libertarian Party of Indiana, John Shearer, George Wolfe, David Wetterer, A.B. Brand, Evan McMahon, Mark Rutherford, Andrew Horning, Ken Tucker and Adam Muehlhausen hereby withdraw Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss (ECF No. 26), which was filed in error. Plaintiffs have timely submitted a corrected filing (ECF No. 27) in place of the one hereby withdrawn.

DATED:  June 7, 2022                                    Respectfully submitted,

*/s/ Oliver B. Hall*
Oliver Hall
(*Pro Hac Vice*)
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org